1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    CHARLES ERIC STEWART,               1:06-CV-00520 AWI SMS P

10            Plaintiff,

11       vs.                            ORDER TO SUBMIT APPLICATION
                                        TO PROCEED IN FORMA PAUPERIS
12   W. J. SULLIVAN, et al.,            **OR** FILING FEE

13

            Defendants.
14   _____/

15           Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

18   ORDERED that:

19           1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21           2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for

23   this action.   Failure to comply with this order will result in a recommendation that this action be

24   dismissed.

25

26   IT IS SO ORDERED.

27   **Dated:    May 17, 2006**              _____**/s/ Sandra M. Snyder**_____
     i0d3h8                                  UNITED STATES MAGISTRATE JUDGE
28